## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JOHNNIE PATTON,**

     **Plaintiff,**

**vs.**                        **CASE NO.:**

**LIFE INSURANCE COMPANY**
**OF NORTH AMERICA,**

     **Defendant.**

_____ /

## COMPLAINT

COMES NOW the Plaintiff, JOHNNIE PATTON, ("Patton"), by and through the undersigned attorney, and sues the Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") and alleges as follows:

## GENERAL ALLEGATIONS

1.    This is an action for relief under the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. §§1001, et seq.

2.    This Court has jurisdiction pursuant to 29 U.S.C. §1132(e).

3.    ERISA provides for nationwide service of process.  29 U.S.C. §1132(e)(2).

4.    This Court has venue pursuant to 29 U.S.C. §1132(e)(2).  In particular, in ERISA actions, venue is proper where a defendant resides or may be found.  Here, LINA can be found in the state of Florida as well as in the county of

Hillsborough.  It is an authorized insurer in the state of Florida and has agents in Hillsborough County, Florida.  See attached Exhibit "A."

5.      Patton is and/or was a participant in each of the plans, funds, programs or arrangements described herein.

6.      Patton was an employee of Waste Connections, Inc. ("WCI" or "Employer") and as such he was insured through both a group disability insurance policy and a group life insurance policy issued to WCI by LINA.

7.      The Employer is the Plan Sponsor and Plan Administrator of the employee welfare benefit plan providing long term disability ("LTD") benefits in the event of disability ("LTD Plan") and the employee welfare benefit plan providing a waiver of life insurance premiums ("LWOP") benefit under the applicable life insurance policy ("Life Insurance Plan") in the event of disability.

8.      The "Plans" are welfare benefit plans established under ERISA to provide LTD benefits and LWOP benefits to those participants who satisfy the terms and conditions of the Plans to receive such benefits.

9.      Copies of the applicable Plan documents for the LTD Plan and the Life Insurance Plan are in the possession of LINA.

10.     LINA is the claims administrator, it makes the "full and fair" final review of claims and it insures the payment of benefits under the Plans.

11.     LINA denied and/or terminated Patton's claims finding that he was not disabled under the terms of the Plans.  LINA's last denial letter relating to both the LTD claim and the LWOP claim is dated December 6, 2021.

12.     With respect to the claims made herein, Patton has exhausted his administrative remedies and/or exhaustion has been excused or is waived.

## COUNT I
### (Action for Plan Benefits 29 U.S.C. §1132(a)(1)(B))

Patton incorporates the allegations contained in paragraphs 1 through 12 above, and further states:

13.     The LTD Plan provides for the payment of LTD benefits in the event Patton became disabled as defined in the LTD Plan.  The Life Insurance Plan provided for LWOP benefits in the event of disability as defined by the Life Insurance Plan.  Both Plans also provided for the continuation of other benefits in the event of disability.  The other benefits are described with particularity in the applicable plan documents for those plans.

14.     Patton was and is disabled as defined by the LTD Plan and the Life Insurance Plan at all times material hereto.

15.     Patton made a claim for LTD benefits and LWOP benefits.  Said claims for benefits were terminated or denied.

3

16.     Patton is entitled to LTD benefits and LWOP benefits.

17.     LINA has failed and refused to pay Patton sums due pursuant to the terms of the Plans, breaching the terms of said Plans.

18.     Because of the failure to pay benefits pursuant to the terms of the Plans, Patton has been forced to retain the undersigned attorneys and is obligated to pay them a reasonable attorney's fee.  Patton is entitled to recover attorney's fees as authorized by 29 U.S.C. §1132(g).

WHEREFORE, Plaintiff, Patton, prays for relief from Defendant, LINA, for the payment of LTD benefits under the LTD Plan, LWOP benefits under the Life Insurance Plan, reinstatement to all other benefits, including the waiver of premiums as if benefits had never been terminated or denied, plus attorney's fees and costs and any other such further relief as the Court deems proper.

Date:  August 8, 2022

*/s/Gregory D. Swartwood*
Gregory D. Swartwood, Esquire
Florida Bar No. 858625
The Nation Law Firm, LLP
570 Crown Oak Centre Drive
Longwood, FL  32750
Telephone:  (407) 339-1104
Facsimile:  (407) 339-1118
E-Mail:  gswartwood@nationlaw.com
Attorneys for Plaintiff